In the Matter of the Accounting of STEPHEN N. SIMONSON, as Executor of JOHN G. SMITH, Deceased, Appellant.

WILLIAM M. K. OLCOTT, Respondent.

*Matter of Simonson,* 51 App. Div. 641, appeal dismissed.
(Argued October 1, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made May 18, 1900, affirming an order of the Surrogate's Court of New York county adjudging Stephen N. Simonson guilty of contempt of court.

*Benjamin Franklin* and *E. R. Thompson* for appellant.

*T. B. Chancellor* and *Abraham Gruber* for respondent.

Appeal dismissed, with costs, on authority of *Jewelers' Mercantile Agency* v. *Rothschild* (155 N. Y. 255) and *Ray* v. *N. Y. Bay Extension R. R. Co.* (155 N. Y. 102); no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN and VANN, JJ. Dissenting: O'BRIEN and LANDON, JJ.

---

In the Matter of the Accounting of DWIGHT H. OLMSTEAD, as Trustee of NOAH T. PIKE, Deceased, Appellant.

NOAH W. PIKE et al., Respondents.

*Matter of Olmstead,* 52 App. Div. 515, affirmed.
(Argued October 1, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 22, 1900, modifying and affirming, as modified, a decree of the Surrogate's Court of the county of New York, passing the accounts of Dwight H. Olmstead, as trustee of Noah T. Pike, deceased.

*Charles D. Ridgway* for appellant.

*Henry H. Man* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.